**GLASS KRAKOWER LLP**
ATTORNEYS AND COUNSELORS AT LAW
A Limited Liability Partnership
100 CHURCH STREET, 8TH FLOOR, SUITE 800
NEW YORK, NY 10007
212-537-6859
FAX NO. 845-510-2219

E-mail: bg@glasskrakower.com

*Bryan D. Glass*
   Partner

June 21, 2017

*Via ECF*
Honorable Lois Bloom
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      **Re:**    **Francesco Portelos v. New York City Department of Education et al.,**
               **17 CV 872 (PKC)(LB)**
               **Request for adjournment of initial scheduling conference**

Dear Magistrate Judge Bloom:

     This firm represents Plaintiff in the above-referenced case. We write to request an adjournment of the initial scheduling conference date from June 28, 2017, to the morning of July 7, 2017, due to a litigation conflict I have with another matter that day in state court. This is the first request for an extension of this date, and Defendants' counsel has communicated that he is available on that date and time as well.

     Thank you for your consideration of this request.

                                                Respectfully submitted,

                                                /s/

                                                Bryan D. Glass, Esq.
                                                Attorney for Plaintiff

c:     Ben Kuruvilla, Esq., Assistant Corporation Counsel, Attorney for Defendants (via ECF)

1