**GLASS KRAKOWER LLP**
ATTORNEYS AND COUNSELORS AT LAW
A Limited Liability Partnership
100 CHURCH STREET, 8TH FLOOR, SUITE 800
NEW YORK, NY 10007
212-537-6859
FAX NO. 845-510-2219
E-mail: bg@glasskrakower.com

*Bryan D. Glass*
    Partner

May 18, 2018

*Via ECF*
Honorable Pamela K. Chen
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

        Re:    Portelos v. City of New York
                 1:17-cv-00872-PKC-LB
               **Status Regarding Remaining Defendants**

Dear Judge Chen:

      I write on behalf of Plaintiff to inform the court that pursuant to the terms of the settlement agreement between the parties we are withdrawing the claims against Defendants William Connor and John Does #1 and #2.

      Thank you very much for the Court's consideration.

                                                     Respectfully submitted,

                                        By:    */s: Bryan D. Glass*
                                                     Bryan D. Glass, Esq.
                                                     Attorney for Plaintiff